UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BOBBIJO COSME, :
 :
                Plaintiff, : STIPULATION AND ORDER
 : 5:17 Civ. 00330 (ATB)
     - v. - :
 :
NANCY A. BERRYHILL, :
Acting Commissioner of Social Security, :
 :
                Defendant. :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that this action be, and hereby is, reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff the opportunity for a new hearing, and issue a new decision.

     The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: October 3, 2017

                               Olinsky Law Group

              By:   */s/ Howard D. Olinsky*
                      Howard D. Olinsky, Esq.
                      Attorney for Plaintiff
                      300 South State Street, Suite 420
                      Syracuse, NY 13202
                      Tel: (315) 701-5780
                      Fax: (315) 701-5781
                      Email: holinsky@windisability.com

|     | GRANT C. JAQUITH |
|---|---|
|     | Acting United States Attorney |
|     | Northern District of New York |
|     | Attorney for the Defendant |
| By: |     |
|     | */s/ Sixtina Fernandez* |
|     | Sixtina Fernandez |
|     | Special Assistant United States Attorney |
|     | 26 Federal Plaza, Room 3904 |
|     | New York, NY 10278 |
|     | Tel: (212) 264-2272 |
|     | Fax: (212) 264-6372 |
|     | Email: sixtina.fernandez@ssa.gov |

SO ORDERED:

Andrew T. Baxter
United States Magistrate Judge